UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MIZZONI,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>STATE OF NEVADA et al.,<br><br>　　　　　　Defendants | Case No. 2:18-cv-00731-GMN-BNW<br><br>ORDER |

**I.　DISCUSSION**

　　Plaintiff seeks a 60-day extension of time to file his first amended complaint due to upcoming neck surgery. (ECF No. 12). The Court grants the motion for extension of time. Plaintiff shall file his first amended complaint on or before Tuesday, August 20, 2019. If Plaintiff fails to file a timely first amended complaint, the Court will dismiss this case with prejudice. (*See* ECF No. 9 at 8).

**II.　CONCLUSION**

　　For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 12) is granted.

　　It is further ordered that Plaintiff shall file his first amended complaint on or before Tuesday, August 20, 2019.

　　It is further ordered that, if Plaintiff fails to timely file his first amended complaint, the Court will dismiss this action with prejudice.

　　DATED: June 21, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE